**Rodney W. LAUCK, Petitioner,**

v.

**DEPARTMENT OF THE ARMY, Respondent.**

No. 01–3225.

United States Court of Appeals, Federal Circuit.

June 8, 2001.

ORDER

The order of dismissal and the mandate dated May 25, 2001 having been issued in error, the same hereby are, VACATED and RECALLED, and the petition for review is REINSTATED.

Petitioner's brief is due within 60–days from the date of filing of this order.

**James D. LEWIS, Petitioner,**

v.

**UNITED STATES POSTAL SERVICE, Respondent.**

No. 01–3200.

United States Court of Appeals, Federal Circuit.

June 20, 2001.

ORDER

The petitioner having filed the required Statement Concerning Discrimination, it is

ORDERED that the order of dismissal and the mandate be, and the same hereby are, VACATED and RECALLED, and the petition for review is REINSTATED.

Respondent should compute the due date for filing its brief from the date of filing of this order.